EXHIBIT 1

IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
PEORIA DIVISION

| | |
|---|---|
| WILLIAM BUCK, <br><br> Plaintiff, <br><br> v. <br><br> SHANE LONG, *et al.*, <br><br> Defendants. | No. 19 C 1084 <br><br> District Judge Colin Stirling Bruce |

## **DECLARATION OF DARRYL E. LEWIS**

I, Darryl E. Lewis, being first duly sworn upon oath, state that I have personal knowledge of the facts set forth herein, that I am competent to testify about such facts, and if called to testify would state as follows:

1. The Illinois Department of Corrections employs me as a Correctional Lieutenant at Pontiac Correctional Center. I have held that position since 2014.

2. Among other things, my current duties include supervising all correctional sergeants and correctional officers during the 7:00 a.m. to 3:00 p.m. shift. My primary responsibilities include serving as the frontline supervisor, managing correctional officers and sergeants, and responding to crisis calls. Additionally, I am responsible for enforcing discipline, maintaining the safety and security of the staff and individuals in custody, and maintaining custodial measures.

3. I am currently assigned to the Health Care Unit, which was also my April 26, 2023, assignment.

4. On April 26, 2023, I went to get the individual in custody, William Buck, to transport him to his deposition.

5. When I met with individual in custody Buck on April 26, 2023, he was in a wheelchair and appeared to be in the process of getting X-rays. I informed him that his deposition was starting

1

within the next thirty minutes and asked if he was going to attend. Plaintiff responded that there was no reason to attend the deposition and refused to go.

6. I subsequently filed an Incident Report regarding the above interaction with individual in custody Buck. *See* Exhibit A.

7. Plaintiff did not state that he was sick or that there was any reason, other than what is stated above, preventing him from attending his deposition on April 26, 2023.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct.

/s/ Darryl E. Lewis
Darryl E. Lewis

Executed on this 31 day of May, 2023.

ILLINOIS DEPARTMENT OF CORRECTIONS

## Incident Report

Incident Number: _____
Type of Incident: _____

If the answer is yes to any of the following questions, explain in narrative below:

Facility/Program: Pontiac CC        Date of Incident: 4-26-23    Time of Incident: 945  ☒ am ☐ pm

| | | | | | |
|---|---|---|---|---|---|
| Was a Weapon Involved: | ☐ YES ☒ NO | | Were Restraints / Force Used: | ☐ YES | ☒ NO |
| Was Property Damaged: | ☐ YES ☒ NO | | Were Chemical Agents or OC Used: | ☐ YES | ☒ NO |
| Were Arrests Made: | ☐ YES ☒ NO | | Appr. Unit and/or Law Enf. Agency Notified: | ☐ YES | ☒ NO |
| Were there Media Inquiries: | ☐ YES ☒ NO | | Any Injuries / Hospitalizations: | ☐ YES | ☒ NO |

**Individuals in Custody / Staff Involved:**

| Name | I.D. # | Name | I.D. # |
|---|---|---|---|
| Buck, William | R21689 | | |

**Witnesses to Incident:**

| Name | I.D. # | Name | I.D. # |
|---|---|---|---|
| | | | |

**Statement of Facts: (NARRATIVE)**

On the above date and approx. time, this Reporting Lieutenant asked IIC Buck R21689 if he was going to his video deposition. IIC Buck replied "No. Aint no reason to go to that shit." This Lt. notified Ms. Zehr that Buck stated he was not going to qa. Buck R21689 IO by State ID and is known to this R/Lt. EOR

Lt Lewis 3/85
Reporting Employee (Print)    Reporting Employee Signature    4-26-23 930a    Person Accepting Report    5-4-23 3p

**Administrative Assessment:** legal

Chief Administrative Officer: M. Nurse (TA)    Date / Time: 5-5-23  10"

Distribution: Director, Deputy Director, File    Printed on Recycled Paper    DOC 0434 (Rev. 2/2022)
Legal Services (only if restraints/force used)