EXHIBIT 2

IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
PEORIA DIVISION

| | |
|---|---|
| WILLIAM BUCK,<br><br>Plaintiff,<br><br>v.<br><br>SHANE LONG, *et al.*,<br><br>Defendants. | No. 19 C 1084<br><br>District Judge Colin Stirling Bruce |

## **DECLARATION OF NIKKI RAMBO**

I, Nikki Rambo, being first duly sworn upon oath, state that I have personal knowledge of the facts set forth herein, that I am competent to testify about such facts, and if called to testify, would state as follows:

1. I am a Registered Nurse and the Director of Nursing at Pontiac Correctional Center. I have been in that position since December 16, 2022.

2. As the Director of Nursing, I handle numerous responsibilities related to nursing. My duties include, among other things, planning, directing, and coordinating all nursing shifts; implementing policies and procedures; supervising staff; assigning and reviewing work; providing guidance and training to assigned staff; reviewing nursing activity reports; and monitoring the operations of the Health Care Unit in the provision of nursing services.

3. In preparing this declaration, I reviewed Plaintiff William Buck's medical records for April 26, 2023, and the prior week.

4. There is nothing in Plaintiff's medical record that indicates he was unable to attend a deposition on April 26, 2023, due to medical reasons.

5. I am unaware of any incapacities Plaintiff had on April 26, 2023, that would prohibit him from attending a deposition.

6. Plaintiff, who was on a declared hunger strike on April 26, 2023, is transported by wheelchair throughout the facility and could have been transported to his deposition by wheelchair on that date.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct.

/s/ Nikki Rambo
Nikki Rambo

Executed on this 31 day of May, 2023.