In The U.S. District Court
Central District of Illinois

William Buck
Plaintiff
vs.                                    Case #19-cv-1084
Lt Long et.Al.
Defendants

Plaintiff's Response to Renewed
Joint Motion for Sanctions

Now comes the plaintiff William Buck pro-se and hereby responds to the defendants motion as follows:

1) Defendants have again filed a meritless motion, which is confusing. The defendants have attached exhibits from Lt Lewis and Nikki Rambo, but vaguely state they "learned" from "other IDOC staff" and plaintiff's attorneys in the related (severed case) that plaintiff's hungerstrike has impacted plaintiff's health, but ~~explain~~ not saying how or what staff.

2) In this case plaintiff does not have a lawyer, although he needs one, so he tried to inform the parties on record why he did not attend his deposition. Plaintiff's lawyers in (the other related case)(the severed one) had notified the Attorneys in this case that he was not able to attend his courtdates in that case due to his physical & mental issues. So they were aware before the depo.

3) The notion that plaintiff's not suffering is not good enough a reason to not sanction him defies all legal fairness. They are of the belief that as long as plaintiff is alive, despite what shape, he should be sanctioned for not doing a deposition.

4) Plaintiff is suffering from many physical & mental issues that are painful and serious. For example plaintiff is a seriously mentally ill person who needs to take pysch meds and who is not getting the proper treatment for it. He is in a very dark place and not in total control.

①

5) Plaintiff suffers from many very very painful physical issues. For instances he has chronic pain in his shoulder, back, stomach, knee, and just recently his hand was broken and now the bone has healed up the wrong way which is excruciating but he isn't get the proper treatment

6) Plaintiff has not ate anything since February, so he is extremely weak, and in fact, since Feb he has been living inside the Healthcare Unit on the floor. He has to be physically put into a wheelchair just to go down the hall where a nurse (sometimes defendant fox) forces a tube into his nose and pours in just (2) two kid size juice box of liquid into it then removes it, this happens twice a day, which leaves plaintiff in pain and disorientated. Both Lt. Lewis and Nikki Rambo knows this has been happening daily for months even on the deposition date. They both work in the HCU where plaintiff lives.

7) The defendants are trying (unsuccessfully) to mischaracterize plaintiffs actions and words at each turn due to him not having a lawyer. For instance, in their first motion for sanctions they attached (2) two of the depositions that were taken of Plaintiff about the facts of his (2) two severed cases, so this would be in effect a third one dealing with the same facts. Plaintiff does not have any new information than what he already testified to twice before. (see depos attached to defendants first motion for sanctions)

8) So yes plaintiff could be physically moved with force by correctional officers anywhere, as needs to be done now, but he is in no shape to go to court on his own, and if he is moved by force then surely the defendants would cry foul when he shows but cannot do the deposition due to his physical & mental condition

9) The Plaintiff has at all times attempted to do what is asked of him if he can. In this instance after the court said plaintiff had to do another depo, plaintiff just not in the right shape physically or mentally to have it done. He should not be held to a different or higher standard then anyone else just cause he is pro-se and is in prison. All the attorneys in both cases has been aware of his condition

10) Legally plaintiff has met all his legal requirements. He did not waste anyones time or resources, as nothing happened. The depo was cancelled. Despite what the defendants claim, ~~[scribbled out]~~ the defendants choose to file this meritless motion after realizing that plaintiff's condition was confirmed by "IDOC staff" and his lawyers in his related severed case. So they knew of plaintiff's condition.

11) If the court acknowledges that fact the plaintiff has tried to follow all its orders it will see that this was him again doing so in spirit. Plaintiff wasn't in shape to conduct a 7 hour long deposition, and he wanted to let it be known why on record. He did nothing wrong!

12) After all the discovery and (2) two prior depositions surrounding the facts of this case plaintiff has given. There is practically nothing more to reveal. This case should be decided on the merits not on this meritless motion for sanctions, which is a thinly veiled motion to dismiss that has no legal basis.

Wherefore, the reasons above the plaintiff prays this honorable court deny the defendants motion and set a deadline to file dispositive motions.

Respectfully,

William Buck
R21689

6-7-23

IN THE

U.S. District Court for
Central District Illinois

SCANNED AT PON CC
EMAILED 6/13/23 (date)
BY HL (intials)
4 (# of pages)

William Buck )

**Plaintiff**  )

v.  ) Case No. 19 CV 1084

Lt. Long et, AL. )

**Defendant**

## PROOF/CERTIFICATE OF SERVICE

TO: Clerk of U.S. Dist Ct.
Central Illinois
600 E. Monroe St
Springfield, ILL 62701

TO: Kwame Raoul Att Gen
of Illinois
1776 E. Washington St
Urbana, ILL 61802

TO: _____

TO: Cassidy' Schade LLP
3100 Montvale dr.
Springfield, ILL
62704

PLEASE TAKE NOTICE that on June 7th, 20 23, I have placed the documents listed below in the institutional mail at Pontiac Correctional Center, properly addressed to the parties listed above for mailing though the United States Postal Service: Plaintiffs response to Renewed Joint motion for sanctions

Pursuant to 28 USC 1746, 18 USC 1621 or 735ilcs 5/1-109, I declare, under the penalty of perjury, that I am a named party in the above action, that I have read the above documents, and that the information contained therein is true and correct to the best of my knowledge.

DATE: 6-7-23

/s/ _____

NAME William Buck

IDOC# R21689