In the U.S. District Court
for Central Illinois

William Buck
Plaintiff
vs.
Lt Long et. AL.
Defendants

Case # 19-CV-1084

FILED
AUG 21 2023
CLERK OF THE COURT
U.S. DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

## Plaintiff's Notice or Statement

Now comes the Plaintiff William Buck pro-se and hereby files his notice or statement under oath pursuant to the court's 8-8-23 order as follows:

1) On 6-25-23 Plaintiff filed and it was efiled 6-27-23 his response to the court's 6-21-23 order. (see attached) (Ex# Pl R)

2) Attached to Plaintiff's response were (2) two exhibits and he explained why he was unable to attend the deposition in April 2023. (Ex# Pl R)

3) I.D.O.C. has custody of and controls, developes all Plaintiff's medical records. He has asked to get what they have, but since discovery is closed his request has been ignored.

4) As explained in Plaintiff's response to the courts 6/21/23 order (see Ex# Pl R) the court has now learned about Plaintiff health at the time (The defendants stated in their motion "IDOC staff" knew of Plaintiff's medical issues) But outside concerned Attorneys were compeled to act and file a petition trying in court to get Plaintiff help due to his severe conditions.

5) In April Plaintiff who is seriously mentally ill, had not ate since Feb, not given his psych meds, had a broken hand which was not healing right, had to be physically moved off the H.C.U. floor due to weakness and pain, had to have a tube forced down his nose and liquid poured into it of only (2) small cartons (2) times a day, as well as other painful issues. His mental, physical condition was bad, and worsening.

6) He does not intend to refuse to be deposed, and intends to continue to litigate his case as best he can pro-se. At all times.

Respectfully
William Buck
R21689

8-13-23

28 USCA 1746

IN THE

<u>U.S. District Court</u>
<u>for Central Illinois</u>

William Buck )
Plaintiff )
)
v. ) Case No. 19-CV-1084
)
Lt long et, Al. )
Defendant

## PROOF/CERTIFICATE OF SERVICE

TO <u>Clerk of U.S. Dist Ct.</u>  TO: ~~[scribbled out]~~
<u>Central Illinois</u>
<u>600 E. Monroe st</u>
<u>Springfield, Ill 62701</u>

TO: <u>Kwame Raoul Att.</u>  TO <u>Cassiday ¿ Schade llp</u>
<u>Gen. of Illinois</u>      <u>3100 Montvale dr</u>
<u>1776 E. Washington st</u>  <u>Springfield, Ill</u>
<u>Urbana, Ill 61802</u>      <u>62704</u>

PLEASE TAKE NOTICE that on <u>Aug 13</u>, 20<u>23</u>, I have placed the documents listed below in the institutional mail at <u>Pontiac</u> Correctional Center, properly addressed to the parties listed above for mailing though the United States Postal Service: <u>Plaintiff's notice or statement</u>

Pursuant to 28 USC 1746, 18 USC 1621 or 735ilcs 5/1-109, I declare, under the penalty of perjury, that I am a named party in the above action, that I have read the above documents, and that the information contained therein is true and correct to the best of my knowledge.

DATE: <u>8 13 23</u>      /s/ <u>[signature]</u>
NAME <u>William Buck</u>
IDOC# <u>R21689</u>